# LETTERS OF SUPPORT

Honorable Robert J. Jonker
Chief District Untied States Judge
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Judge Jonker,

My name is Jamie Ferretti and I am Alex Castro's wife and mother to his youngest child. I am an LVN and have completed half of my registered nursing program and plan to go back and finish when the baby is a little older. I am aware of the charges against Alex Castro.

Alex and I met in 2013 and started dating shortly after. We welcomed our son Alex Alberto Castro Jr. on March 20, 2018. He has two other children, Daymien, 19 years old, and Destiny, 17 years old. I have never met anybody like Alex, he has a magnetic personality and a contagious laugh. We are complete opposites but he truly is my best friend and my other half. A huge part of me is missing with Alex gone. One of Alex's greatest qualities is the love for his family. He goes above and beyond for everybody that he cares about. He has always helped his Mom and brothers by making sure that they had everything they needed. He has been more of a father figure to his two younger brothers. He is always there to offer guidance and to encourage them. Alex is one of the smartest people that I have ever met and he really wants his brothers and children to take a different path than he did. He is always encouraging everybody around him to be a better version of themselves.

He has always been an extremely hard worker. When I first met him he was a welder and would wake up at 4am and work all day long. Later on he worked construction. I would wake up early and pack his lunch for him every morning, I never thought I would miss doing that, but I do now that I don't have the opportunity to do it anymore, I miss all the little things. He has always been a wonderful provider for his family. He has always strived to make sure that his children had all of the things that he didn't. He wants to provide all the tools that his kids need to succeed in life. He has had many obstacles to overcome in his life even though he doesn't talk about them very often. He had an alcoholic father that was in and out of his life, who he has had no contact with in years. His Mom was then left to take care of the boys and worked long hours to support them. This left a lot of time with Alex being unsupervised which eventually led to trouble. He grew up in a bad area and his older brothers were involved with a bad group of people. He was on his own from a young age and was responsible for himself. He had his first child at 18 and then not only had to provide for himself but for also a new family. He is extremely close to his whole family. He is the one that brings everybody together. All of the holiday's were always held at our home and he was always bringing everybody together for BBQ's. He is a great father to his children, he truly loves them more than anything. He always made sure to spend quality time with them. Every Sunday was family day and we would go out to eat, go to the movies or do an activity. At dinner time he always wanted everybody to eat together at the dinner table. He always encouraged his children to be the best that they can be and wants them to be successful

and go to college. He is a very protective father, his daughter is 17 and still has never spent the night at somebody's house. He is so protective and so involved in their lives because he wants so much more for them than what he had and does not want them to make the same mistakes that he did.

These court proceedings and trial have had a very negative impact on our family. When Alex was first arrested, I had recently found out I was pregnant. I wanted to be a Mom more than anything in this world, I prayed and wished for it over and over again. When it finally happened I was ecstatic. I wanted to tell Alex in a special way so I got a gift box and I put a little Angel's baseball onesie with two baseballs in it that said Baby Castro on one and April 2018 on the other. When he opened it took a second for it to click, but when he realized that I was pregnant we both started crying. We were so happy. I had envisioned in my mind so many times how my pregnancy and having a baby would be and it has definitely not been what I thought it would be. I am so thankful that I have Alex Jr. (A.J.) and he has been a gift during this otherwise horrible time in our lives. I was so sad when I was pregnant, I cried every day, I'm sure the hormones didn't help but it was just an incredible amount of stress. I would literally sit on my bathroom floor and cry and then I as so big it would take me like 10 minutes to get back up. I had preeclampsia when I was pregnant and as put on bedrest at around 6 months, I had both of his children living with me and unfortunately without Alex's help I wasn't able to be on bedrest like I should have been. My blood pressure became too high and I had to go to the hospital and I just remember feeling so lonely because my family and close friends all live 7 hours away and Alex wasn't there and all I wanted was him because I was scared. The baby was born a month early via c-section and he was a little guy, weighing in at 6 pounds 1 ounce. He thankfully was healthy but we had to stay in the hospital a week while my blood pressure and kidney function returned. It was such a bittersweet time because I was so happy, but not having Alex there left this huge void. All of the nurses and doctors would ask where the father was and kind of just give me this look of pity because he wasn't there and I know that he would have done anything to have been there for that moment. When he first heard that I was had given birth I was getting wheeled back to my room and I told him that the baby was born and he started crying and I asked him if they were happy tears or sad tears and he said both. Everything with the baby has been bittersweet, all of these new things and changes just make us so happy but at the same time so sad because Alex can't be here to experience it. I had to recover from a c-section with a newborn with no help. My Mom was unfortunately battling rectal cancer at the time and was not able to be present for the birth or after and because my family lives 7 hours away they had to return to their lives. His family lives close but they work too and they did as much as they could. It breaks his heart not being here and not being able to watch the baby grow and not being able to help me. He's missing everything and these are moments he is never going to be able to get back and this is just the beginning. It breaks my heart knowing that Alex isn't going to be the father that A.J. deserves and needs. I worry about the long term effects on him by having a father that is incarcerated. Both of my parents were super involved with my life and were present for every school play every sports game and I can't imagine Alex not ever seeing these moments and not ever being an active part of his life. This is just the beginning of his life and at some point he is going to know that he is different from other kids when his Dad isn't around for anything. The first time Alex

saw the baby in person was for trial and that is not the way you want to meet your child. It was so hard on him to have him so close but not even be able to hold him. I hear the pain in Alex's voice when he calls sometimes and I hear him cry because he isn't home and I don't want this to be the end of his life.

His daughter lives with me full time and I have seen the impact that it has had on her. I don't know if she fully understands what's happening, I know she knows that he is going to miss graduation and prom but I don't know if she realizes how much time he is facing. I have talked to her about it but I'm sure it's hard to wrap her mind around what is happening. He has been the parent that she could always count on, she hasn't lived with her Mom in years and both kids lived with him full time when he was first arrested. They used to go spend dad and daughter time alone and he would often take her to school in the morning. I think him being gone has just shook her world and I know she must feel alone. I do my best, but it's not a typical situation for a child to live with their step Mom when the Dad isn't around. Having the one stable parent taken away from her has been hard. I wish she could just enjoy and focus on her Senior year but this is always on everybody's mind. She hides whats going on from most of her friends. I'm sure it's hard knowing that her home life is different from her peers. You also don't want to explain what is happening to people because they make judgements on Alex without knowing him. Alex was the person helping guide his son and I feel like he is lost without him. The biggest influence a child has is the same sex parent and Alex did his best to try and teach his son everything that he knew and tried to motivate him to find direction in life so he could have a career. He also has a dog, Hilton Von Gunbil, who misses him very much too. He is a big German Shepherd but Alex and him had an incredible bond and they would go running on trails several times a week and Alex always said that he was his best friend. The dog is even not the same without him.

Alex is missed so much by his friends, family and his dog. We miss him more than words can say. The thought of him being gone for a long time and missing everything is so painful to think about. He has a family that loves him so much and all the support in the world. Please take into consideration that he has a young son at home who is just beginning his life. We just want him to be able to come home again as soon as possible and be apart of our lives.

Sincerely,

*Jamie Ferretti*

Jamie Ferretti

January 21, 2019

Honorable Robert J. Jonker
Chief District United States Judge
110 Michigan St., NW
Grand Rapids, Michigan 49503

Dear Judge Jonker,

I understand the purpose of this letter and I am happy to share my impressions of Alex Castro.

He has been an important part of my granddaughter's life since 2013 and is the father of my great grandson, born March 2018 (Alex Jr. - known as AJ).

I can attest to the fact that he is a loving and supportive father to his other two children, both in their teens. He has had custody of them for years. He is also very supportive of his mother and family members and has been all his life. His commitment to his family is very real and admirable, as is his commitment to AJ.

I have had little opportunity to spend time with Alex, but my initial impressions were that I liked him and was impressed with him. Then after my great grandson was born, I began corresponding with Alex, wanting to know what AJ was made of. Letters back and forth have been very revealing. We both wrote of our lives, interests, books, history, stock exchange, family values, etc. He is extremely intelligent, self-educated, and well read. History is his favorite read. (I actually sent him a copy of the Constitution and the Bill of Rights and he was delighted to get them!)

I learned from his letters that he had a tough upbringing, and was responsible for his family at an early age. We didn't dwell on that in our correspondence. It was apparent to me that in a different time and different circumstances, who knows what Alex might have become?

So, I'm thankful for the good qualities AJ may inherit from his dad: intelligence, love of family, a presence, and unlimited interest in learning and reading...

About me. I am an 82 year old widow. I am very active and in good health, body and mind.
I have worked in the business world for major corporations since I was 15 years old.
I still work as a corporate secretary 20 hours a week.

Respectfully,

Joan M. Kanady

Honorable Robert J. Jonker
Chief District Untied States Judge
110 Michigan St. NW
Grand Rapids, MI 49503

Dear Judge Jonker,

    My name is Destiny Castro. I am Alex Castro's daughter. I am 17 years old and graduating high school in a couple months. My employment is working at a restaurant called Richie's Real American Diner in Rancho Cucamonga. I have been working there for about a two years.. I am involved with community work such as clubs at school that help patients with cancer or an illnesses. I am aware of the charges against Alex Castro.

    My relationship with Alex is he is my father. He has been there for me ever since I was born. He has tried his best to give my brother and I a wonderful life. My father has helped me in so many ways. Just by giving me life, I am grateful. He also tries to please my needs and wants and looks out for me. Whenever he would drop me off at school he would always ask if I needed lunch money or if there was anything I needed for school that day. My dad has always looked out for me. He has always looked out for his family as well. His family came first before anything or anyone else. He has helped both of my grandma's, his brothers, his aunts, and all his cousin's. My father has a kind heart and has always wanted the best for his loved ones. My father has always been hard working. He used to come home late when I was younger and that was because he had to stay late to be able to provide for our family. Like I stated before, my father will always look out for his family and his close loved ones. My Dad was always someone I looked up to. Not just because he is my dad but because he was always working and yet somehow made time for his family. He made the time to tuck me in at night when I was younger and even now. He doesn't care how old I am he will always treat me the same way he did when I was young. That's the kind of parent I wanted in my life. When I have my kids in the future I want them to be able to meet their loving grandpa.

    During my father's court proceedings I believe my family has been having a difficult time. My father was the person who would bring my family together on special occasions or holidays. But now that he is not around my family has distanced themselves a bit. Speaking for myself, I have been needing to go to therapy for this whole situation because at such a young age I don't think I can handle losing my father. So I decided I needed help conveying my emotions to someone. I always thought my father would be there for me to see me become successful. Like he would be able to see me on prom night and have a good night. Or even see me graduate and become something in life. All he ever wanted was to see his children graduate high school and make something of our lives. My family has been drifting apart without my father and I don't communicate with them as much anymore. Alex Castro is a loving, caring, intellectual, and an amazing father.

Sincerely,

*Destiny Castro*

Destiny Castro

01/23/19

Dear Your Honor,

My name is Daymien Castro. I am 19 years old and I am about to turn 20 years old in the month of May. I am currently employed at U-Haul. During my free time I enjoy to visit animal shelter's. I am aware of my father's incarceration and the time he may be facing which is affecting myself and my family in numerous ways. I haven't seen my father for almost 2 years and I miss him very much, Your Honor.

My father has helped me with a lot when he was there with my family and I. He would talk to me about life scenarios and give me advice on situations that would happen. My father was a person that didn't just care for himself but cared for all of his surroundings and the people he would barley meet he would like to ask how everyone is doing and talk to anybody that ever needed someone to talk to. My father was that person to go to if anyone needed help with anything. My father would always try his best in any way shape and form to assist anybody. He would always respect everybody and always be polite and never cause any trouble at any events such as family parties, restaurants, and other activities. He would always like to participate in everything and that's what everyone loves about him. That he makes everyone smile when he is present.

My father is a hard dedicated, ambition, striving for the best, type of person. He always made sure that everything is properly organized, situated, and ready to go. He provided for my family and I and all is hard work and his recognition was appreciated. He would always like to do everything himself and teach me how to do things properly and that is something that I miss my father being around for. He can't do that because of his incarceration. Your Honor, my father is a hard working man that works and provides for his family just as a father and aman should do.

These past months and years has been very stressful and very hard to deal with for myself and my family due to the fact of my father's incarceration. Everyday till this day, we all pray and stay positive with each other about the whole situation. We all just hope that my father will come home to his family. Also, due to the fact how far away he is from his family is hard to deal with, where we can't see him every other weekend. Your Honor, please think thoroughly about the situation of our sufferings with my father not being here.

Sincerely,

Daymien Castro

Dear Judge Jonker,

My name is Daniel Ramirez, I'm Alex's little brother. I currently work for a delivery service delivering furniture to homes. I am studying to promote to a class A driver license to better my driver job opportunities. I am writing this letter to better define Alex's character and I understand the charges against my brother Alex Castro.

Alex is my brother which also was the closest father figure I had. He definitely would take care of me the best way he could. He would always have talks with me giving me motivation and inspiration to life. I also know he gives deep thoughts to his kids as well and everyone he is close to, he is a motivational speaker. Alex carried pride to teach others how to better themselves because he knew and taught me to always improve.

I know Alex's demeanor was to care for his loved ones, he truly has a big caring heart and would do anything to see his family happy. He is a family oriented man and he really kept our intermediate family close and strong. Our family knows Alex was a huge part of the family, he provided and gave us the knowledge to get through life, we all love and respect him greatly.

Since the day Alex was taken into custody, it has been a difficult time extremely. He has a family that looked up and depended on him especially his two teenaged kids and his newborn son which is 8 months old. I am saddened by the fact we all going to miss him and not be able to do family activities with him. Thank you, your Honor, for taking your time to read this letter prior to my brother Alex Castro's sentencing.

Sincerely,

*[signature: Daniel Ramirez]*

Daniel Ramirez

Dear Judge Jonker,

My name is Adam Ramirez and I am currently attending California State University San Bernardino. I am studying right now in hopes to get my bachelors degree in computer engineering when I am older. I am currently unemployed but focus and treat my schooling as a full-time job. Alex is my older brother and I am well aware that the purpose of this letter is for Alex's trail.

Alex is my older brother and I've known him since my birth. As being raised by a single mother I've have always seen my brother as a father figure. I am forever grateful with all the things he has ever helped me with, from taking me back to school shopping for new clothes and school supplies to giving me food and shelter. He would give anything up to help someone else out. He has always treated me as one of his own personal children. He encourages me each and every day to prosper and do my very best to achieve my goals and graduate college as I am the first one of my brothers to enter college and hopefully graduate. He has and will always be there for me with anything I need.

Alex's personality is unmatched that of his looks, he is the most humble and caring person I know to this day. He wants nothing but the best for everyone. He is a very hard working and dedicated person and works extremely hard for the things wants and needs. Alex loves and cares about every single family member. He is always the one to bring the whole family together for special occasions or dinners. Every family member cares very deeply about Alex and forever wishes he was here back with the family.

These court proceedings and his conviction has impacted the family in a very negative way. Experiencing a person with extreme meaning to me be taken away has had a very negative effect on me. The nonpresence of Alex will take more a negative effect on his newborn baby that will experience growing up without a father. I had been medically diagnosed with depression and will soon start therapy to help cope with this situation. The family is his number one priority and we all need him here home with us. Thank you for reading this letter.

Sincerely,



Adam Ramirez

January 23, 2019

Dear Honorable Judge Robert J. Jonker

Chief Justice United States Judge

685 Federal Building

110 Michigan St NW

Grand Rapids, Michigan 49503

    My name is Flora Arroyo. I am 59 years old and am Alex's maternal aunt. I am currently a homemaker and babysit 2 grandchildren. I have been married for 41 years and I worked most of my life up until I was disabled due to carpal tunnel on both of my wrists. I have been very involved in my community attending church on Sundays and community events the city hosts. I have known Alex since he was born. I am aware of the current charges that Alex has been convicted of.

    At a very young age, Alex was an energetic, smart and caring young boy. He has always placed family first. He enjoys gathering with family and spending quality time. He has always been the first to plan graduations, birthday parties or any festivity to bring the family together. He is a very social individual who loves to talk about his upbringing and instilling family values to his children. Alex is the boyfriend of Jamie and the father of Damian, Destiny and Alex Junior Castro. He has always been there for his children to guide them in the right direction. He has instilled them to be good people and pursue their education in search of a better future. He wants them to go to college.

    Alex obtained a welder license at a young age and has always been a hard working person. Alex is the base of his family. He is the one that keeps everyone together. He provides for them and keeps the unity between them. He is a family guy who enjoys spending as much time with them as possible. His kids depend on him a lot. He keeps them on their toes and makes sure they continue on the right path. Alex has greatly helped his family, both financially and emotionally. He has helped resolve conflict among siblings and gives everyone a sense of well being. He is a social person who makes friends easily because of his kind personality who is always willing to loan a helping hand when someone is in need of it. He is looked up upon by his siblings and his children and has an excellent relationship with his mother Magdalena Ramirez who is my sister.

    This entire drastic change has greatly affected the family. It has brought sorrow and sadness to all. Alex was unable to be there physically during most of Jamie's pregnancy. He was also unable to be there for the birth of his youngest son Alex Junior. We all remain very hopeful that Alex is not given a harsh sentence. I respectfully request that Alex is not given a harsh sentence and that he is able to reunite with his beloved family as this whole situation has negatively impacted all of his loved ones. Alex deserves a chance to be reunited with his family. Everyone is greatly missing him and the help he brings to his family and girlfriend. Most importantly, his baby son Alex Junior deserves to grow up with his father by his side.

    Respectfully,  Flora Arroyo

January 22, 2019

Dear Your Honor,

My name is Maria Figueroa. I was born in San Bernardino CA and I was raised in La Puente CA. I graduated from Covina High School in 2001. I am now 35 years old and I am employed at Maury Microwave. I am a stockroom clerk lead. I been with this company for six years now. I am Alex Castro's cousin. I grew up with Alex Castro. He has always been a caring, loving and fun person. I have learned so many good things from him. Alex is a great cousin, a great son, a great father, just a great person over all. Alex Castro has been like the brother that I never had.

It saddens me to see him in this situation. He has proven to me that he is a caring, loving and a respectful person. He has been there for me and our family many times. Even if it's just to give us advice. He has keeped our family close and has always wanted everyone to bond and be united. Family has always been a priority in his life. He's always going above and beyond for our family.

Alex Castro has been a great father to his kids. Always providing for them whether it was financially or just to give them advice. Alex has given his kids a good life. He has always acknowledge to his kids about how important family is. I am hurt to see where my cousin is at right now. It hurts me to know that he might not be able to raise his kids and guide them through a good and loving life. He's always been the rock of the family. He has always provided for his family. His family needs him because he has always been there for them. If we ever needed his help there was no doubt that he would help us. Our family miss him and wish he was here with us.


Sincerely,


Maria Figueroa

January 23, 2019

Dear Honorable Judge Robert J. Jonker

Chief Justice United States Judge

685 Federal Building

110 Michigan St NW

Grand Rapids, Michigan 49503

    My name is Jose Arroyo. I am Alex's uncle. I am 65 years old and am married to my wife Flora Arroyo for 41 years. I have worked most of my life up until I was injured on the job and was medically disabled. I have a family of 5 and dedicate my time to spending time with family, especially my grandchildren, going to church and relaxing at home. I have known my nephew Alex Castro since he was born. Alex is an outgoing, social, and kind hearted man who I have always been able to enjoy a good conversation with. He loves being around his family and gathering for the holidays or any special occasion. Alex is the life of his family. His children look up to him. He has always been a responsible father who cares and provides for his family. Due to this incident, he was unable to be there both physically and emotionally during his girlfriend Jamie's pregnancy and the birth of his youngest son, Alex Junior Castro. Alex was anxiously awaiting the arrival of his son. Alex has always been a hardworking man who provides and learns quickly. He was a welder at a very young age. At the young age of 19, he was very likeable and his boss gave him the supervisor position to oversee employees because he was reliable, hardworking and responsible. This incident has had such a dramatic impact on his family. It was brought about much worry and sadness. His family would want him to come home and reunite with them. He is greatly missed by all of us. Alex is a good man with good intentions. Prior to this incident, he was working and providing for his family. Alex deserves a chance at being with his family. For the same reason, I respectfully request that Alex gets a lenient sentence. He deserves to be with his family to help Jamie raise their son.

Respectfully,

Jose Arroyo

626-391-2210

01/23/2019

Dear Judge Jonker,

      My name is Kimberly Nocedal, I am the mother of Alex Castro's 2 children, Daymien Castro 19, and Destiny Castro 17.

I am a Fraud Investigator at my current employer and have been there for 9 years now.

We do take part in a lot of community service within the San Bernardino County area in California, which include participations to several organizations to help others in need, whether it be assistance in housing, donations of clothing, school supplies, or food.

I have known Alex my entire life, our parents were close friends and knew each other before I was born in 1983, due to the friendship we carried as kids, we always communicated and stayed in touch, and we began dating in May of 1998.

Currently now, we are no longer together, I have moved on as well as he has.

I maintain a positive relationship with his spouse, who has a beautiful baby boy, sibling to my children.

Alex has always been a hardworking man, attended school to gain his contracting license in late 2009, with a career in steel welding, and was the only LA Certified welder for company he worked for at the time, he always made his family a priority and provided for us.

Anytime family needed assistance he would be the one to count on. He was the glue to our family events, and I'm sure he still is in his current relationship. Always wanting to BBQ on the weekends, and spend time as a family.

I am currently aware of the circumstances and faith Alex faces. Those circumstances have affected our children tremendously, in which I am currently seeking counseling for them. Our daughter is his only girl, she is currently a senior and her reality is not having her dad present for high school graduation or prom is very devasting to her. Our son has decided to join the marines and also has a hard time dealing with the possibility of not seeing his father.

We can't do anything to change the conviction, I just write this in hopes it will shed some light and give my children and his baby boy the possibility of a little hope, that as a family, we did not lose hope pr faith and tried hard to do what we could.

Respectfully,

*Kimberly Nocedal*
Kimberly Nocedal

Dear Your Honor,

My name is Maria Tavarez I am married and a mother of three children. I have work for the same company for 18 years now in where I package jewelry. I am aware of the charges that Alex Castro is facing and I would really appreciate if you took time to address his character base on this letter. Alex is my nephew son of my sister, I have seen grew up from giving his first steps to being a teenager to now being an adult. He is a very intelligent and caring man, he always has cared about his family and close friends. He has always offered to help me and other family members with anything that's needed without me having to ask him. He a very caring father he has three children of his own in which he has always ensure that he is there for them.

Alex growing up was very athletic playing baseball with his brother's and cousins. He is very family orientate always tried to keep the cousins together, going to family parties and gather us for football games. He is a hard working man one of the job he became really good at was welding and he enjoyed working in that profession. An obstacle Alex faced was that he had was being raised by a single mother and him and his older brother would help his mom take care of his younger brothers.

These court proceeding has been very hard for the family. His children not having their father around is something that has been the most difficult. This is one of the most difficult things that Alex himself and family is going though. Thank you your honor for taking your time to read this letter.

Sincerely,

*Maria Tavarez*

Maria Tavarez

Dear Judge Jonker,

My name is Michelle Tavarez, I am a stay at home mother of two living with my fiancé. I am aware that Alex Castro is facing charges of narcotics and would appreciate your time to consider assessing his character based on my relationship with him. He is my one of my eldest cousins that has been around me since my childhood. He has always been the person to try to bring a smile to your face is you are feeling down. He tries his hardest to make you feel better if he sees you are struggling. Alex has also helped my brother in some of his hardest moments.

From all the years that I have known Alex he has always been a hard worker. He worked as a welder and he really enjoyed it. It showed that he was proud of the hard-honest work he was doing at the time. He was also very fond of family reunions. He enjoyed watching the smiles across his family's face. Getting to see his children have fun and enjoy their fathers love and attention also showed that he was willing to go above and beyond to perform his parental duties. Alex enjoyed being able to spend time with his children, with the sentence that he is facing would bring a heavy burden on the mother of his youngest child and he would miss the most important years of his young sons' life. Thank you for taking the time to read this letter Your Honor.

Sincerely,

Michelle Tavarez

January 22, 2019

Re: Alex Castro

Dear Honorable Judge Jonker,

I am writing this letter to you in reference to Alex Castro, who is currently awaiting a sentence hearing come February 14, 2019.

My name is Alana Suarez, Alex's oldest brother's fiancé. Here's a little bit of information about me. I am 36 years old, Mexican-American women and the middle child of three sibling, all females. I am a mortgage loan originator and have been in the mortgage banking industry since 1999, fresh out of high school. I am engaged to Jesus M Castro, Alex's brother. Jesus and I live together and plan on getting married this spring. We have hopes and plans to start a family soon after we get married.

I met Alex at the end of 2016 and although I have not known Alex too long, I've had the opportunity, in a short period of time, to get to know him.

I have come to know Alex as a family man. He is a father to three children, including a new born baby boy, all of whom he loves very much. He is a man who looks after his family and cares to have a united family. Alex is the third of five siblings, all males. He grew up in a home with a hard-working single mother. Alex's father left his family when he was only 5 years old. He didn't have a father figure to look after. This has motivated him to be present with his children and to be the father he didn't have growing up. Although the relationship with his children's mother didn't work out, Alex took full responsibility of his children. He has done the best he could to raise them. I'm sure Alex would say he could've done much more for his children and I hope he has the opportunity to do so.

Alex is a good hearted and responsible man. Acknowledging the fact that he didnt have a father to take care of the household, he took it upon himself to not only support himself and his children, but also to take care of his mother and his younger brothers. Alex has worked hard and has contributed to helping his family get ahead in life. He is admired by those close to him who know and care for him as well.

I hope and pray you have mercy on Alex and allow him the opportunity to be the man God has called him to be.

I appreciate the time and consideration you have taken to read this letter!


Respectfully,
Alana Suarez

*Alana Juarez*