CASE NO. 1:17-CR-00193-01-RJJ

UNITED STATES OF AMERICA
PLAINTIFF
VS
ALEX A CASTRO
DEFENDANT

## Motion
### Request For Appointment Of New Counsel To File 2255 Or Extension On Time.

I am the defendant/appellant. I respectfully request that the court appoint New Counsel to represent me on this appeal for the following reasons. First and foremost, I have no access to a law library, computer, copy machine nor legal materials. I am currently being housed in Genesee County Jail in Flint, Michigan. I am awaiting trial for

murder and other charges in the Eastern District of Michigan. Case No. 2:19-CR-20498-01-PDB-RSW. The petition for a writ of certiorari was denied on 10/13/2020. Therefore I have a year from that date above to file my 2255 motion. I have numerous and valid issues I would like to raise to the court your honor. I just do not have the means, access nor equipment to do so. Ever since the Covid-19 outbreak and pandemic, the complete jail system has been hampered your honor. Especially where I am being housed at the moment, this facility has no legal library whatsoever. I am being housed in isolation due to the nature of my crimes and have no access to legal materials. I only come out of my cell an hour per day and have no help from the outside world on my 2255. I would highly appreciate if the court may grant this motion for New Counsel or extension. Thank You.

Signed 06/13/2021      Alex A. Castro #187690
                      Genesee County Jail
                      1002 S. Saginaw St.
                      Flint, Michigan 48502

