# 1

The scanned version of this document represents an exact copy of the original as submitted to the Clerk's Office. The original has not been retained.

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 13, 2020

Mr. Alex Alberto Castro
Prisoner ID #56769-112
FCI Milan
P.O. Box 1000
Milan, MI  48160

    Re:  Alex Alberto Castro
          v. United States
          No. 20-5568

Dear Mr. Castro:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

                                                    Sincerely,

                                                    Scott S. Harris, Clerk