FILED - GR
October 21, 2021 11:50 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns  SCANNED BY: JW /10-21

10-17-2021

U.S. Clerk,

    I respectfully request a complete copy of all the trial transcripts from Case Number 1:17-cr-00193-RJJ. I am In Forma Pauperis. Please forward them to the following address.

Alex A. Castro #187690
1002 South Saginaw Street
Flint, Michigan 48502.

It would be highly appreciated. Thank you.

        Sincerly,
        Alex A. Castro

P.S. May I please also get complete copies of the Docket Sheet and all Exhibits from the case as well. It would be much appreciated, thank you.

Alex A Castro #187690
1002 S. Saginaw St
Flint, Michigan 48502

METROPLEX MI 480
19 OCT 2021 PM 17 L


Barn Swallow

"LEGAL MAIL"

49503-230099

U.S Clerk
110 Michigan St
Grand Rapids, Michigan
49503